STUART F. DELERY
Acting Assistant Attorney General
J. MAX WEINTRAUB
Senior Litigation Counsel
SARAH L. VUONG (CA Bar No. 258528)
Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, D.C.  20044-0868
    Telephone: (202) 532-4281
    Facsimile: (202) 305-7000
    e-mail: sarah.l.vuong@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFENG WANG, | Case No.: 3:12-cv-6367-LB |
| Petitioner, | **STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| vs. | ORDER |
| | Conference Date: June 20, 2013 |
| ALEJANDRO MAYORKAS, Director of United States Citizenship and Immigration Services, *et al.*, | Time: 11:00 am |
| Respondents | |

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

       Pursuant to Local Rules 6-2 and 7-12, Petitioner Lifeng Wang and Respondents Alejandro Mayorkas and Robin Barrett (the "Parties") stipulate and request as follows:

1.     On April 11, 2013, the Court held a case management conference.  ECF No. 16.  At the case management conference, this Court set deadlines for the Parties to follow.

2.     Included in these deadlines was an updated Joint Case Management Conference Statement, due on or before June 13, 2013, and a further Case Management Conference on June 20, 2013 at 11:00 a.m.

3.	The Parties agree that the case remains in the same posture as at the April 11, 2013 case management conference. The Parties, however, plan to take depositions in late July 2013, after which they will have a better understanding of how the case will proceed.

4.	Additionally, counsel for Respondents will be returning from a hearing in *Barrios v. DHS*, 13-cv-0023 (S.D. TX.) in Brownsville, Texas, on June 20, 2013.

5.	As such, both parties agree that an extension of the deadlines for the case management statement and the case management conference will give the parties the necessary time to conduct discovery and present additional information to the Court.

6.	Under the stipulated extension, the deadlines would become:

   a.	joint case management report due on or before August ~~19~~ August 22, 2013, 2013;

   b.	case management conference on August ~~26~~ August 29, 2013, 2013.

7.	The extension the parties request would not affect any other deadlines the Court has established.

Dated:  June 11, 2013				Respectfully submitted,

/s *Frank M. Tse*					STUART F. DELERY
FRANK M. TSE					Acting Assistant Attorney General
Law Offices of Frank M. Tse			Civil Division
50 Montgomery Street
Suite 650						J. MAX WEINTRAUB
San Francisco, CA 94111				Senior Litigation Counsel
Phone: (415) 781-1588				Office of Immigration Litigation
Email: franktse.law@gmail.com
							/s/ *Sarah L .Vuong*
Counsel for Petitioner				SARAH L. VUONG
							Trial Attorney
							United States Department of Justice
Dated: 6/13/2013					Civil Division
							Office of Immigration Litigation
							District Court Section
							P.O. Box 868, Ben Franklin Station
							Washington, DC 20044
							Phone:  (202) 532-4281
							Fax:  (202) 305-7000
							Email: Sarah.L.Vuong@usdoj.gov

							Attorneys for Respondents