BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ELIANIS N. PEREZ
Senior Litigation Counsel
SARAH L. VUONG (CA Bar No. 258528)
Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044-0868
    Telephone: (202) 532-4281
    Facsimile: (202) 305-7000
    e-mail: sarah.l.vuong@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFENG WANG, | Case No.: 3:12-cv-6367-LB |
|     Petitioner, | **STIPULATED REQUEST FOR ORDER CHANGING TIME** : ORDER |
| vs. | |
| | Conference Date: Dec. 15, 2016 |
| | Time: 11:00 am |
| ALEJANDRO MAYORKAS, Director of United States Citizenship and Immigration Services, *et al.*, | |
|     Respondents | |

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pursuant to Local Rules 6-2 and 7-12, the Parties stipulate and request as follows:

1. On November 25, 2016, in a text order, the Court scheduled a case-management conference in light of the fact that the mandate would issue shortly from the decision of the Ninth Circuit Court of Appeals in this case.

2. On November 28, 2016, the mandate issued in this case. ECF No. 50.

3. The parties agree that the case management conference should be extended until January 26, 2017, to allow time for the internal process of evaluating whether to seek further review. A

1. determination of further review must be made by the Office of the Solicitor General.  *See* 28 C.F.R. § 0.20(a), (b).

4. Once the Office of the Solicitor General reaches a decision, the parties will notify the Court of their proposed next steps.

5. Under this extension request, the deadlines would become:

    a. joint status report due on or before January 19, 2017;

    b. case management conference on January 26, 2017.

Dated: December 7, 2016                    Respectfully submitted,

/s *Frank M. Tse*                          BENJAMIN C. MIZER
FRANK M. TSE                               Principal Deputy Assistant Attorney General
Law Offices of Frank M. Tse                Civil Division
50 Montgomery Street
Suite 650                                  ELIANIS N. PEREZ
San Francisco, CA 94111                    Senior Litigation Counsel
Phone: (415) 781-1588                      Office of Immigration Litigation
Email: franktse.law@gmail.com

                                           /s/ *Sarah L .Vuong*
Attorney for Petitioner                    SARAH L. VUONG
                                           Trial Attorney
                                           United States Department of Justice
                                           Civil Division
                                           Office of Immigration Litigation
                                           District Court Section
                                           P.O. Box 868, Ben Franklin Station
                                           Washington, DC 20044
                                           Phone:  (202) 532-4281
                                           Fax:  (202) 305-7000
                                           Email: Sarah.L.Vuong@usdoj.gov

                                           Attorneys for Respondents

```
A Joint Case Management Statement due
January 19, 2017. Case Management Conference
reset to January 26, 2017 at 11:00 a.m.
Dated: December 8, 2016
```

APPROVED
Judge Laurel Beeler

Stipulated Request for Order
Changing Time                              2

## CERTIFICATE OF SERVICE:

I hereby certify that on December 7, 2016, I filed a copy of the foregoing with the clerk of court via CM/ECF, which sent an electronic notice to the attorneys of record for each party.

> */s/ Sarah L. Vuong*
> SARAH L. VUONG
> Trial Attorney
> United States Department of Justice